RECEIVED
NOV 1 2 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA CRAWFISH PRODUCERS ASSOCIATION - WEST, ET AL. | *CIVIL NO. 6:10-0348 |
| VERSUS | *JUDGE DOHERTY |
| AMERADA HESS CORP., ET AL. | *MAGISTRATE JUDGE HANNA |

*to be filed in all related cases

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion for Judgment on the Pleadings [rec. doc. 554] be **Granted in part** and **Denied in part** as follows:

The claims of Thomas Allen, Darlene Marie Bienvenu, Burton Burnis, Wally Jewell, Tessie D. Pradose, Jimmy Bourgue, Jr., Denny Rozell, Kelly Bourque, Darrel J. Eddy, Sr., Kenneth Vicknair and the Louisiana Crawfish Producers Association - West against Dow, Florida Gas, SNG and its insurers are **dismissed with prejudice**;

The claims of Dale Jude Barras, Sr., Alice Bienvenu, Ben A. Bienvenu, Sr., Bernard Blanchard, Casey J. Bodoin, Lucien Paul Bonin, Patrick J. Boudreaux, Michael John Borque, Sr., Ryan Bourque, Johnny M. Breaux, Sr., Buddy Faucheaux, Albert J. Granger, Sr., Elton J. Guidry, Jr., Clyde C. Louviere, the Estate of Ritchie Louis Olivier, Richard James Robin, James T. Romig, James H. Vicknair, Sr., Wallace James

Vicknair, David R. White and Kenneth James White against Dow, SNG and its insurers are **dismissed with prejudice**;

The claims of Mervin Barras and Barry Boudreaux against Florida Gas, SNG and its insurers are **dismissed with prejudice**;

The claims of Brent James Blanchard, Sr., Ronnie Paul Courville, Gregory W. Guirard, Steven John Meche, Archie James Vicknair and Ronald Vicknair, Jr. against Dow and Florida Gas are **dismissed with prejudice**;

The claims of Joey Barras, James Blanchard, Jr., Nelson Bonin, Stanley Bourque, Lonny Guidry, Kim J. Horton, Matthew H. Jewell and Lawrence D. Smith, Jr. against SNG and its insurers are **dismissed with prejudice**;

The claims of Michael Barras, Charles Bourque, Andrew W. Meche, Jr., Brent J. Poche, Gilman J. Prados, Curtis James Robin and Mertile J. Settoon against Dow are **dismissed with prejudice**;

The claims of Murphy Bourque, Troy Bourque, Todd G. Louviere, Jody P. Meche and Leonard Joseph Savoy against Florida Gas are **dismissed with prejudice**;

The claims of Larry Joseph Boudreaux and Dale A. Landry against and Dow, SNG and its insurers are **dismissed with prejudice**;

The claims asserted by Larry Joseph Boudreaux and Dale A. Landry against Florida Gas shall remain pending.

**It is further Ordered** that this Judgment be docketed in all related cases; separate judgments specific to each affected individual case shall be entered in each

related case.  The parties shall prepare and forward these separate judgments to chambers **within ten (10) days.**

**It is further Ordered** that notwithstanding the dismissal of Louisiana Crawfish Processors Association - West, **case number 10-cv-348 shall remain the lead case for filing pleadings.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _12_ day of _November_, 2015.

_____
**REBECCA F. DOHERTY**
**UNITED STATES DISTRICT JUDGE**