**RECEIVED**

MAR 2 9 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

LOUISIANA CRAWFISH PRODUCERS
ASSOCIATION – WEST, ET AL.

VERSUS

AMERADA HESS CORPORATION, ET AL.

CIVIL ACTION NO. 6:10-CV-0348

JUDGE REBECCA DOHERTY

MAGISTRATE JUDGE HANNA

**\* to be filed in all related cases**

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and

Recommendation. After an independent review of the record, including the objections filed herein,

this Court concludes that the Report and Recommendation of the Magistrate Judge is correct.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment [Doc. 546] is DENIED

as defendants are not entitled to judgment as a matter of law.

**THUS DONE AND SIGNED** on this 29ᵗʰ day of March , 2015, in Lafayette,

Louisiana.